# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRYAN BREY,

    Plaintiff,

v.

BANK OF AMERICA, *et al.*,

    Defendants.

Case No. 2:09-CV-01264-KJD-GWF

**ORDER**

    On October 26, 2010, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal for failing to file the opening brief (#46).  Accordingly, the Court dismisses Plaintiff's Motions (#41/42/43) as moot.  To the extent that Plaintiff sought an automatic stay of the proceedings because he filed a bankruptcy petition, that relief is denied, because it is undisputed that the Bankruptcy Code's automatic stay does not apply to judicial proceedings, such as this suit, that were initiated by debtor.  See Brown v. Armstrong, 949 F.2d 1007, 1009-1010 (8th Cir. 1991); 11 U.S.C. § 362(a)(1) (filing of petition automatically stays commencement or continuation of proceedings "against the debtor").

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions (#41/42/43) are **DENIED**.

    DATED this 28th day of October 2010.

Kent J. Dawson
United States District Judge