UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN BREY, | Case: 2:09-cv-01264-KJD-GWF |
| Plaintiff, | |
| vs. | |
| COUNTRYWIDE BANK d/b/a COUNTRYWIDE HOME LOAN d/b/a COUNTRYWIDE FINANCIAL; BANK OF AMERICA, as successor by acquisition; et al., | ORDER CANCELING LIS PENDENS |
| Defendants. | |

This Court granted Defendant Countrywide Home Loans, Inc.'s Motion to Dismiss and Defendant Bank of America's Joinder to Motion to Dismiss on March 12, 2010, [DE 20].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Brian Brey (Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about June 22, 2009, in Book No. 20090622 as Instrument No. 0003454 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

-1-

2.      IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.      IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this  6th  day of  January  , 2011.

By _____
UNITED STATES DISTRICT JUDGE

EXHIBIT "A"

EXHIBIT "A"



APN # **138-19-415-053**

```
20090622-0003454
Fee: $15.00
N/C Fee: $0.00
06/22/2009       13:46:33
T20090216763
Requestor:
B BREY
Debbie Conway       JRV
Clark County Recorder  Pgs: 2
```

## NOTICE OF LIS PENDENS

Recording Requested By:

**Bryan Brey**

Return To:

**Bryan Brey
2245 Green Mountain Court
Las Vegas, Nevada 89135**

This page added to provide additional information required by NRS 111.312.
This cover page must be typed or written clearly in black ink only.

Bryan Brey
2245 Green Mountain Court
Las Vegas, Nevada 89135

FILED

Jun 22  1 10 PM '09

*[signature]*
CLERK OF THE COURT

## DISTRICT COURT

## CLARK COUNTY, NEVADA

Bryan Brey,

    Plaintiff,

vs.

Countrywide Bank d/b/a Counrtywide Home Loan d/b/a Countrywide Financial; Bank of America, as successor by acquisition, Does I through X, inclusive,

    Defendants.

Case No.: A-09-592985-C

Dept. No.: 15

**NOTICE OF LIS PENDENS**

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting real property as described herein was commenced in the above-entitled court on June 22, 2009 by Bryan Brey, Plaintiff, against Countrywide Bank and Bank of America, Defendants. The action is now pending in the above-named court.

The action concerns title to specific real property identified in the Complaint situated in Clark County, Nevada, commonly known as 1713 Snow Flat Court, Las Vegas, and legally described as follows:

SEQUOIA PHASE 2 PLAT BOOK 65 PAGE 13 LOT 77 BLOCK 3

The object of Plaintiff's action is, among other things, to quiet title.

Dated this 22nd day of June, 2009.

*[signature]*
Bryan Brey, Plaintiff
2245 Green Mountain Court
Las Vegas, Nevada 89135

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE
*[signature]*
CLERK OF THE COURT

JUN 2 2 2009

SUE DUPERAULT